GENERAL OMNIBUS COMPANY, APPELLANT, v. BOARD OF COMMISSIONERS OF THE CITY OF NEWARK, RESPONDENT.

Argued November 23, 1921—Decided February 9, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 37.

For the appellant, *Riker & Riker*.

For the respondent, *Jerome T. Congleton*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, KATZENBACH, WILLIAMS, GARDNER, VAN BUSKIRK, JJ.   10.

*For reversal*—None.